**SABRINA P. SHROFF**　　　　　　　　　　　　　　　　　　80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW　　　　　　　　　　　　　　　　　　　　　　　NEW YORK, NY 10013
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (646) 763-1490
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　sabrinashroff@gmail.com

December 20, 2022

VIA ECF

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: United States v. Manuel Antonio Balbi Agramonte, 22 Cr. 548 (JLR)

　　　With consent of the government and pretrial services, I write to request modification of the bail conditions in place so that Mr. Balbi may spend Christmas eve, Christmas day, New Year's eve and New Year's day at the home of his brother, which is in Allentown, Pennsylvania. I have spoken to USPTSO Ashley Cosme, and she consents to these modifications.

　　　I thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/*Sabrina P. Shroff*
　　　　　　　　　　　　　　　　　　　　　　Counsel to Manuel Antonio Balbi Agramonte

SPS/mtf
cc: Ashley Cosme, United States Pretrial Services Officer

　　　　　　　　　　　　　　　　　　　　　Application **GRANTED**.
So Ordered:　_____　Dated: December 20, 2022
　　　　　　　Hon. Jennifer L. Rochon　　　　　　New York, New York