**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

April 22, 2023

BY ECF

Honorable Jennifer L. Rochon
United States District Judge for
  the Southern District of New York
500 Pearl Street, Room
New York, NY 10007-1312

Re: *United States v. Manuel Antonio Balbi Agramonte*, 22 Cr. 548 (JLR)

Hon. Rochon:

A status conference is set in this matter for May 4, 2023, for which I am unavailable as I am engaged in pretrial hearings in the case of *United States v. Trabelsi*, 06 Cr. 89 (RDM).[1] Trial is set for May 8, 2023. Pretrial hearings commenced last week and are to be continued next week April 24, and 25, 2023, and are followed by Rule 15 depositions outside of the United States starting on April 26, 2023.

I respectfully request the Court allow me to have my colleague Ms. Wall-Wolff cover the appearance for me. Ms. Wall-Wolff has agreed to do so, as has Mr. Balbi Agramonte. Ms. Wall-Wolff is aware of the motions I would make in this case, and is aware of my trial schedule.

I thank the Court for its kind consideration of this letter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Manuel Antonio Balbi Agramonte

SPS/ mtf

Application **GRANTED.**  Ms. Wall-Wolff is permitted to appear on behalf of, and with, Mr. Balbi Agramonte at the May 4, 2023 status conference.

Dated: April 24, 2023
         New York, New York
**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

---

[1] Mr. Trabelsi is charged with conspiracy to kill U.S. nationals outside of the United States, in violation of 18 U.S.C. §§ 2332(b) & 1111(a), and conspiracy and attempt to use weapons of mass destruction, in violation of 18 U.S.C. §§ 2332a & 2. I was assigned to the Trabelsi matter by the Hon. Judge Moss in the District of Columbia, after this Court set the May 4, 2023 status conference.