

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

The deadlines for pretrial filings with respect to defendant Manuel Antonio Balbi Agramonte are adjourned but shall be due within three days of the scheduled plea proceeding should a plea of guilty not be entered on that date.

SO ORDERED.

Dated: December 8, 2023
       New York, New York

_/s/ Jennifer Rochon_____
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Manuel Antonio Balbi Agramonte,* 22 Cr. 548 (JLR)

Dear Judge Rochon:

    The Government respectfully writes with consent of counsel for the defendant to request an adjournment of the pretrial filings as to the defendant, which are currently due December 12, 2023.

    Counsel for defendant Manuel Antonio Balbi Agramonte has now represented to the Government that the defendant does not intend to proceed to trial and that he intends to plead guilty in this matter. The parties will contact Chambers to schedule a plea proceeding.

    Accordingly, the Government respectfully requests to adjourn the pretrial filings deadlines with respect to defendant Manuel Antonio Balbi Agramonte *sine die*.[1]

    Thank you for the Court's consideration.

                        Respectfully,

                         DAMIAN WILLIAMS
                         United States Attorney

                by: _/s/_____
                     Edward C. Robinson Jr.
                     Brandon D. Harper
                     Assistant United States Attorneys
                     (212) 637-2273/2209

cc: Counsel (Via ECF)

---

[1] To the extent that the defendant fails to enter a plea on the date set by the Court, the Government respectfully requests three days after the date of the scheduled plea proceeding to file its pretrial filings.