UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MANUEL ANTONIO BALBI AGRAMONTE,<br>Defendant. | 22-cr-00548-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In light of Defendant's fugitive status, IT IS HEREBY ORDDRED that the sentencing previously scheduled for April 4, 2024, and any sentencing related deadlines are adjourned *sine die*. The Court will reschedule the sentencing once the Defendant is in custody.

Dated: February 22, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge